# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **CR 21-107-BLG-SPW** |
| **Plaintiff,** | |
| **vs.** | **ORDER** |
| **GINOLBERTO GRAGEDA RAMIREZ,** | |
| **Defendant.** | |

Pending before the Court is the United States' Motion to Dismiss the Indictment with Prejudice (Doc. 7) against Ginolberto Grageda Ramirez. For good cause being shown,

**IT IS HEREBY ORDERED** that the United States Motion (Doc. 7) is **GRANTED.** The indictment as to Ginolberto Grageda Ramirez is **DISMISSED WITH PREJUDICE**.

1

The Clerk of Court is directed to notify the parties of the making of this Order.

DATED this ___30th___ day of March, 2026.

Susan P. Watters

SUSAN P. WATTERS
United States District Judge

2